Inbox

https://outlook.office.com/mail/inbox/id/AAQkAGJMWEwMTIx..



EX 32 p2

# LARA Corporations Online Filing System
## Department of Licensing and Regulatory Affairs

LARA Home | Contact LARA | Online Services | News | MI.gov

**ID Number: 802288046**  [Request certificate] [Return to Results] [New search]

**Summary for:** SAINT ANTHONY THE GREAT ORTHODOX MONASTERY

**The name of the DOMESTIC NONPROFIT CORPORATION:** SAINT ANTHONY THE GREAT ORTHODOX MONASTERY

---

**Entity type:** DOMESTIC NONPROFIT CORPORATION

**Identification Number:** 802288046

**Date of Incorporation in Michigan:** 02/26/2019

**Purpose:** Other

**Date of Dissolved:** 12/01/2022    **Term:** Perpetual

**Most Recent Annual Report:**    **Most Recent Annual Report with Officers & Directors:**

**The name and address of the Resident Agent:**

Resident Agent Name: ALBERT THROWER

Street Address: 7568 HUDSON AVE

Apt/Suite/Other:

City: ▮▮▮▮▮▮▮▮▮▮

**Registered Office Mailing address:**

P.O. Box or Street Address: ▮▮▮▮▮▮

▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Act Formed Under:** 162-1982 Nonprofit Corporation Act

**Acts Subject To:** 162-1982 Nonprofit Corporation Act

**Total Authorized Shares:** 100

**Written Consent**

**View filings for this business entity:**

ALL FILINGS
ANNUAL REPORT/ANNUAL STATEMENTS
ARTICLES OF INCORPORATION
ARTICLES OF INCORPORATION
RESTATED ARTICLES OF INCORPORATION

[View filings]

Ex 34

10/14/22, 9:01 AM
Case 2:22-cv-10918-MFL-APP Lawsuit: Detroit teen punched, kicked, stomped by Warren police
Case 2:23-cv-11597-BRM-CI  ECF No. 46-1, PageID.506 Filed 11/30/23 Page 3 of 4

# Detroit Free Press

MACOMB

# 'This video is sickening,' attorney says of Detroit teen punched, kicked by Warren police


**Christina Hall**
Detroit Free Press

Published 5:46 p.m. ET Oct. 12, 2022 | Updated 8:29 p.m. ET Oct. 12, 2022

Tyler Wade's attorney said his teenage client was repeatedly punched, kicked and stomped by Warren police officers in a vicious attack after a chase in June that began in Warren and ended in Ferndale.

And attorney James King said it's all on police body camera footage that he released Wednesday, one day after he filed a federal lawsuit on behalf of the Detroit teen. A civilian also recorded the incident.

Ex 35

Ex 15

