UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Elizabeth Nelson, et al., | Case No. 23-11597 |
| Plaintiff, | Brandy R. McMillion<br>United States District Judge |
| v. | |
| Robert Scott, et al., | Curtis Ivy, Jr.<br>United States Magistrate Judge |
| Defendants, | |
| _____/ | |

## ORDER REQUIRING RESPONSE TO MOTION

Defendants filed a Motion to Dismiss on June 19, 2024 (ECF No. 60). Plaintiff must file a response to the motion, including a written brief, in accordance with Local Rule 7.1. The deadline for Plaintiff's response is July 22, 2024. **Failure to file a response may result in sanctions, including granting all or part of the relief requested by the moving party.** The deadline for the moving party's reply is August 5, 2024. Pursuant to Eastern District of Michigan Local Rule 7.1(f)(2), the motion will be determined without oral argument.

**IT IS SO ORDERED.**

Date: June 20, 2024                              s/Curtis Ivy, Jr.
                                                 Curtis Ivy, Jr.
                                                 United States Magistrate Judge

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 20, 2024 , by electronic means and/or ordinary mail.

                                                 s/Sara Krause
                                                 Case Manager
                                                 (810) 341-7850