UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Elizabeth Nelson et al

          Case No. 23-cv-11597

          Judge: McMillion

    Plaintiffs(s)

-vs-
          Magistrate: Ivy Jr

ROBERT SCOTT, et al.,



FILED JUL 15 2024 CLERK'S OFFICE DETROIT

    Defendants

NOTICE OF COMPLIANCE WITH LOC RULE SEEKING CONCURRENCE WITH FILED 7/15/2024 filing, brief, COMBINED RESPONSE TO CITY OF WARREN, ROBERT SCOTT, SERVICE TOWING INC, HERTZ BROS. et al MOTION TO DISMISS and AMENDED RESPONSE TO (D) SCOTT SUBSTITUTION PER DEATH

  (Ps') 7/15/2024 emailed a copy of the filing and called, seeking concurrence to:

rselina@berrymoorman.com and a copy to her assistant

meadjenn@hotmail.com   attorney for private parties,  Tsstidham@hotmail.com

  As of this filing no response was obtained

  As of this filing the (Ps) has not heard back from these defendants via email

          Respectfully submitted,
          Elizabeth Nelson pro'se/Albert Thrower pro'se

CERTIFICATE OF SERVICE

A copy of this motion was sent US mail postage prepaid to:  7/15/24

Mark Straetmans/ Rachel Selina  255 E Brown St #320 Birmingham, MI 48009  tel  2486459680

mstraetmans@berrymoorman.com

rselina@berrymoorman.com

Jenifer Mead    PO Box 806042 St Clair Shores, MI 48080   tel 3134851250

meadjenn@hotmail.com

Law Offices of Thomas H. Stidham. 1401 W Fort St. Rm 1006. Detroit, MI 48233. Telephone: (248) 303-0306. Fax: (313) 832-7661.

Tsstidham@hotmail.com

*[signatures]*

E Nelson pro'se  A Thrower pro'se