# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

ELIZABETH NELSON, and
ALBERT THROWER

      Plaintiffs,

v.

ROBERT SCOTT, *et. al.*,

      Defendants.
_____/

Case No. 2:23-cv-11597
Hon. Brandy R. McMillion
Mag. Judge Curtis Ivy, Jr.

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order

Adopting the Recommended Disposition of the Magistrate Judge's Report and

Recommendation (ECF No. 86), entered on this date, this cause of action is

**DISMISSED**.

KINIKIA ESSIX
CLERK OF COURT
By: s/L. Hosking
Deputy Clerk

Approved:
/s Brandy R. McMillion
BRANDY R. MCMILLION
United States District Judge
Dated: November 20, 2024
Detroit, Michigan