# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

### ORDER

ELIZABETH NELSON; ALBERT D. THROWER

      Plaintiffs - Appellants

v.

ROBERT SCOTT; SERVICE TOWING, INC.; ABLE TOWING, LLC; EDWARD D. HERTZ; BRUCE HERTZ; SANDRA A. HERTZ; RANDY HERTZ; DENNIS HERTZ; JOHN DOE, City of Warren Property Maintenance Division Employees; JAMES CUMMINS, Building Department Director; CITY OF WARREN, MI, Zoning Department Employees; CURTIS GAUSS, City of Warren Department of Maintenance; FRANK BADALAMENTE; MARY MICHAELS; BRIAN KIJEWSKI; MARILYN TREMBATH; JOHN DOE, City of Warren Police Officer; JOHN DOE, 1-2; CITY OF WARREN, MI; WILLIAM DWYER, Warren Police Commissioner; WILLIAM REICHLING, Captain; JAMES R. FOUTS, Mayor; KIMBERLY ELIZABETH BRANSON; JOHN DOE, Warren Policemen (4); EVERETT MURPHY, City of Warren Field Inspector; PETE WARACK; ANNETTE GATTARI-ROSS; R. LIPA, City of Warren Rental Inspector; RANDALL SULLIVAN

      Defendants – Appellees

 

Appellants having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellants have failed to satisfy the following obligation(s):

    The proper fee was not paid by January 2, 2025.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                             **ENTERED PURSUANT TO RULE 45(a),**
                             **RULES OF THE SIXTH CIRCUIT**
                             Kelly L. Stephens, Clerk

Issued:  January 30, 2025

United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 01/30/2025.

**Case Name:** Elizabeth Nelson, et al v. Robert Scott, et al
**Case Number:** 24-2095

**Docket Text:**
ORDER filed to dismiss for want of prosecution for appellants' failure to pay fee by 01/02/2025. No mandate to issue.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Ms. Elizabeth Nelson
P.O. Box 1422
Warren, MI 48090

Mr. Albert D. Thrower
1312 W. 89th Street
Cleveland, OH 44102

**A copy of this notice will be issued to:**

Mr. Sandro D. DiMercurio
Ms. Kinikia D. Essix
Ms. Jennifer Ellen Mead
Ms. Rachel Catherine Selina
Mr. Thomas H. Stidham
Mr. Mark E. Straetmans